# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

WILLIAM MORRIS,                     )
                                    )
    Plaintiff                       )  **Case No.: 2:17-cv-00524-LPL**
                                    )
  v.                                )
                                    )
TEMPOE, LLC,                        )
f/k/a WhyNot Leasing, LLC           )
                                    )
    Defendant                       )

## STIPULATION TO SUBMIT TO BINDING ARBITRATION

WILLIAM MORRIS ("Plaintiff"), by and through his attorneys, KIMMEL & SILVERMAN, P.C., and WHYNOT LEASING, LLC ("Defendant"), by and through its attorneys, have agreed to submit this matter to binding arbitration pursuant to the consumer rules of the American Arbitration Association ("AAA"). The parties hereby stipulate that this matter should be stayed pending the resolution of binding arbitration proceedings with the AAA.

**SO STIPULATED**

| | | |
|---|---|---|
| 1 | | RESPECTFULLY SUBMITTED, |
| 2 | DATED: May 31, 2017 | KIMMEL & SILVERMAN, P.C. |
| 4 | | |
| 5 | | By: /s/ Amy L. B. Ginsburg |
| | | AMY L. B. GINSBURG |
| 6 | | 30 E. Butler Pike |
| 7 | | Ambler, PA 19002 |
| | | Phone: (215) 540-8888 |
| 8 | | Fax: (877) 788-2864 |
| | | Email: aginsburg@creditlaw.com |
| 10 | DATED: May 31, 2017 | BURNS WHITE LLC |
| 12 | | BY: /s/ Angela A. Cronk |
| 13 | | ANGELA A. CRONK, Esquire |
| | | Attorney for Defendant |
| 14 | | 100 Four Falls, Ste. 515 |
| | | 1001 Conshohocken State Rd. |
| 15 | | W. Conshohocken, PA 18054 |
| 16 | | 484-567-5734 |
| | | Email: aacronk@burnswhite.com |

Case to be administratively closed.

Entered as an Order of this Court on this _1st_ day of _June_, 2017.

_____
Lisa Pupo Lenihan
U.S. Magistrate Judge

2

STIPULATION TO SUBMIT TO ARBITRATION