## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM MORRIS,<br><br>             Plaintiff,<br><br>    v.<br><br>TEMPOE, LLC,<br><br>             Defendant. | )<br>)<br>)<br>)  Civil Action No. 2:17-cv-00524<br>)<br>)  Magistrate Judge Lisa Pupo Lenihan<br>)<br>)<br>)<br>) |

**ORDER**

Pursuant to the Order Granting the Stipulation to Submit to Binding Arbitration (ECF No. 6) entered June 1, 2017,

**IT IS ORDERED** this 19th day of June, 2017, that the Clerk of Court mark this case **CLOSED**. Nothing contained in this order shall be considered a dismissal or disposition of this action. Should further proceedings be required, either party may file a motion to re-open and this case will proceed as if this order had not been entered.

**IT IS FURTHER ORDERED** that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized including, but not limited to, enforcing settlement.

                                                      s/Lisa Pupo Lenihan
                                                      Lisa Pupo Lenihan
                                                      United States Magistrate Judge

cc:      All Counsel of Record.